**Motion granted and Order filed August 25, 2022.**



In The

# Fourteenth Court of Appeals

————————

NO. 14-22-00613-CV

————————

**IN RE MILTON JOVEL, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-36036**

## ORDER

On August 24, 2022, relator Milton Jovel ("Relator") filed an emergency motion seeking seeking a stay of enforcement of a contempt order signed by the Honorable Barbara Stalder, Judge of the 280th District Court, in Harris County, Texas, on August 22, 2022 (the "Contempt Order"). The motion, filed in association with a petition for a writ of habeas corpus, seeks to stay the Contempt Order to the extent it authorizes and requires Relator's confinement due to violating a protective order signed August 18, 2020.

This court is authorized to grant temporary relief pending action on a petition seeking extraordinary relief. *See* Tex. R. App. P. 52.10(a), (b). After considering the motion, the court concludes the motion has merit, and the court is of the tentative opinion that a serious question concerning the relief requested requires further consideration. *See* Tex. R. App. P. 52.8(b). Accordingly, the court concludes the Contempt Order's authorization and requirement for Relator to be confined should be stayed pending further order of this court. Accordingly, the court GRANTS Relator's motion for temporary relief. To the extent Relator has already been incarcerated pursuant to the Contempt Order, the court orders the Sheriff of Harris County to discharge Relator from custody on Relator executing and filing with the Sheriff of Harris County a good and sufficient bond conditioned as required by law, in the amount of $1,000. *See* Tex. R. App. P. 52.8(b)(3); *see also* Tex. Gov't Code Ann. § 22.221(d). In the event Relator has not been incarcerated, Relator shall execute and file with the Sheriff of Harris County a good and sufficient bond in the amount of $1,000 no later than September 1, 2022 in order to maintain the relief granted by this motion, and the relief granted by this order shall immediately expire if such a bond is not timely provided.

In addition, the court requests that the real party in interest, Katherine Blanco, file a response to Relator's petition on or before September 9, 2022. *See* Tex. R. App. P. 52.4, 52.8(b)(1).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.